# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 6, 2010

Charles R. Fulbruge III
Clerk

No. 08-41347

JOHN ADI,

Petitioner-Appellant,

versus

WILLIE GREASON, JR., Chief Deputy Marshal of
the United States Marshals Service for the Southern District of Texas;
CHIEF DEPUTY MARSHAL;
GILES W. DALBY CORRECTIONAL FACILITY;
LACY, Warden CCA/Liberty County Jail;
J. RASBEARY, Warden; SOUTHERN DISTRICT OF TEXAS;
RONALD G. THOMPSON, Regional Director;
UNITED STATES BUREAU OF PRISONS, South Central Region;
UNITED STATES MARSHALS SERVICE,

Respondents-Appellees.

Appeal from the United States District Court
for the Eastern District of Texas
No. 1:05-CV-798

Before JONES, Chief Judge, SMITH and ELROD, Circuit Judges.

PER CURIAM:[*]

John Adi, federal prisoner # 24680-079, appeals the denial and dismissal of his 28 U.S.C. § 2241 petition for writ of habeas corpus. He claims that the delay between his sentencing and imprisonment violated his constitutional rights. Adi was released from federal prison on September 20, 2008, and his parole expired in September 2009; the issues he raises on appeal have thus been rendered moot by the completion of his term. *See Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).

Accordingly, the appeal is DISMISSED as moot.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.